UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. **BK. #04-10682** *******C.A.# 05-009T*******
2. Title of Bankruptcy Case Louis A. Gencarelli, Sr.
3. Appellant: 1800 Smith Street Associates LP and 1500 Mineral Spring Associates LP, by and through their General Partner Jason's Realty Corp.
   Name & Address of Counsel for Appellant(s):
   Robert D. Wieck, Esq., Denean M. Russo, Esq.
   101 Dyer Street, Suite 400
   Providence, RI 02903
4. Appellee: Louis A. Gencarelli, Sr.
   Name & Address of Counsel for Appellee(s):
   Josepn P. Ferrucci, Esq., Ferrucci Russo PC
   55 Pine Street, 4th Floor
   Providence, RI 02903
5. Additional Counsel: Leonard J. DePasquale, Esq.
   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes______ No XXX
7. Special Comments: ***PLEASE NOTE THE C.A. NO. OF THIS APPEAL; THERE ARE 3 DIFFERENT APPEALS PENDING WITH THE SAME PARTIES***

RECEIVED
JAN 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - *

In re: :

Louis A. Gencarelli, Sr. : BK No. 04-10682
Debtor(s) Chapter 11

:

- - - - - - - - - - - - - - - - *

# NOTICE

Please be advised on this date the Appeal in this case from the order dated November 22, 2004, (C.A. No. 05-009T) was forwarded to the U.S. District Court, District of Rhode Island.

RECEIVED
JAN 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/14/05

By: jld
Deputy Clerk