UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - *

In re: :

Louis A. Gencarelli, Sr. : BK No. 04-10682
Debtor(s) Chapter 11

:

- - - - - - - - - - - - - - - - *

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 14th Day of January 2005.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/14/05

By: jld
Deputy Clerk

5