UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 1500 MINERAL SPRING ASSOCIATES, LP, et al., | : | |
| Appellants | : | |
| vs. | : | C.A. No.: 04-496T<br>C.A. No.: 05-09T<br>C.A. No.: 05-10T |
| LOUIS A. GENCARELLI, SR., | : | |
| Appellees | : | |
| In re: | : | |
| LOUIS A. GENCARELLI, SR., | : | |
| Debtor | : | |

**Louis A. Gencarelli, Sr.'s Limited Objection to Appellants' Motion to Consolidate the Record on Appeal and Briefing Schedule**

NOW COMES appellee Louis A. Gencarelli, Sr. ("Gencarelli"), by and through counsel, and hereby objects, on a limited basis, to appellants 1500 Mineral Spring Associates, LP and 1800 Smith Street Associates, LP's (collectively, the "Appellants") motion to consolidate the record on appeal and briefing schedule in connection with the above-identified pending appeals from determinations of the United States Bankruptcy Court for the District of Rhode Island.

In particular, Gencarelli objects to the presentation of a consolidated record to this Court on appeal absent the same being submitted by consent or agreement of the parties, or, in the alternative, absent the same being submitted to this Court and any disputes in connection therewith being resolved or determined in conformity with the applicable bankruptcy rules of procedure governing appeals from the Bankruptcy Court.

11/9/12

Gencarelli has no objection to a consolidated briefing schedule and the filing of a single, consolidated brief as proposed by the Appellants in the subject motion.

Respectfully submitted,

LOUIS A. GENCARELLI, SR.

By his Attorneys,

Joseph P. Ferrucci (#4231)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, PC**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: April 29, 2005

**Certification**

I hereby certify that on this 29th day of April, 2005, I served a true and accurate of the foregoing upon **Robert D. Wieck, Esq. & Denean M. Russo, Esq.**, MacAdams & Wieck, Inc., 101 Dyer Street, Suite 400, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Darlene Morris