UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 1500 MINERAL SPRING ASSOCIATES, LP, et al., Appellants | |
| vs. | C.A. No.: 04-496T<br>C.A. No.: 05-09T<br>C.A. No.: 05-10T |
| LOUIS A. GENCARELLI, SR., Appellee | (Bk. No.: 04-10682) |

## STIPULATION

BY AGREEMENT OF THE PARTIES HERETO, appellee Louis A. Gencarelli, Sr. ("Gencarelli") shall have up to, and including, August 3, 2005, within which to designate, and file, his consolidated record on appeal in connection with the above-identified consolidated appeals to this Court from the Bankruptcy Court for the District of Rhode Island.

AGREED, CONSENTED, AND STIPULATED TO:

1500 Mineral Spring Associates, LP and 1800 Smith Street Associates, LP, by and through their General Partner, Jason's Realty Corp.

By their Attorneys,

Robert D. Wieck (#1739)
Denean M. Russo (#5043)
MacAdams & Wieck Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
Tel.: (401) 454-8700
Fax: (401) 454-8755

Dated: July 18, 2005

LOUIS A. GENCARELLI, SR.

By his Attorneys,

Joseph P. Ferrucci (#4231)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE

7/21/05