**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

1500 Mineral Spring Associates,
LP, et al.,
Appellants

v. CA04-496T; CA05-09T; CA05-10T

Louis A. Gencarelli, Sr.,
Appellee

**ORDER**

Appellee may have up to and including November 16th, 2005 to file his brief. Appellants will have 10 days thereafter to file a reply brief.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
Date: November 14, 2005